FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>NATANAEL ROJAS-ROSAS, also known as Adrian Rojas-Rosas,<br><br>                  Defendant. | No.   4:19-cr-06022-SMJ<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |

Before the Court, without oral argument, is the United States' Motion to Dismiss Indictment, ECF No. 35, and related motion to expedite, ECF No. 36. The Government seeks the Court's leave to dismiss the Indictment, ECF No. 1, without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Having reviewed the pleadings filed in connection with the motion, the Court grants the Government leave to dismiss the Indictment. The Court makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Dismiss Indictment, **ECF No. 35**, and related motion to expedite, **ECF No. 36**, are **GRANTED**.

2. The Indictment, **ECF No. 1**, is **DISMISSED WITHOUT**

ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS
INDICTMENT **-** 1

**PREJUDICE**.

3. All dates, deadlines, and hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 5th day of August 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS INDICTMENT - 2